UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOBIAS TERRELL SEASTRONG, | ) | |
| # 13182-078, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:08-CV-2198-G |
| | ) | |
| WARDEN D. BERKEBILE, | ) | **ECF** |
| | ) | |
| Respondent. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that

the findings, conclusions and recommendation of the magistrate judge are correct,

and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

August 28, 2009.

_C. Joe Fish_____
**A. JOE FISH**
**Senior United States District Judge**